**JUDGE LYNCH**

**07 CV 3683**

256-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
OLD HAVEN SHIPPING INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CIV.
OLD HAVEN SHIPPING INC.,

              Plaintiff,

   -against-

LION BABYLON GENERAL TRADING FZCO,

             Defendant.
------------------------------------------------------------x

**RULE 7.1 STATEMENT**

[Received stamp: MAY 09 2007]

OLD HAVEN SHIPPING INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no parents and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       May 9, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff

       By: _____
            Don P. Murnane, Jr. (DM 3639)
            Manuel A. Molina (MM 1017)

NYDOCS1/282970.1